UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Thomas J. Murray, Jr., et al

    v.

Case No. 20-cv-147-SM

Windham, NH, Town of, et al

JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Endorsed Orders of District Judge Steven J. McAuliffe dated April 28, 2021 and June 21, 2021; and

2. Stipulation filed on June 30, 2021.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: July 1, 2021

cc:   David Edward LeFevre, Esq.
      Eric Alexander Maher, Esq.
      Samantha Dowd Elliot, Esq.
      Jeremy T. Walker, Esq.